[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10959

Non-Argument Calendar

_____

K UNION COMPANY,

Plaintiff-Counter Defendant-Appellee,

*versus*

2070 BEAVER RUIN CENTER, LLC, a.k.a. RS Beaver Ruin Center, LLC,

Defendant-Counter Claimaint-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-01585-SCJ

2                          Opinion of the Court                    24-10959

————————————

Before ROSENBAUM, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

2070 Beaver Ruin Center, LLC ("Beaver Ruin Center") appeals the district court's January 30, 2024 judgment in favor of plaintiff K Union Company. The statutory time limit required Beaver Ruin Center to file a notice of appeal by February 29, 2024, which was 30 days after the district court's January 30 judgment. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, Beaver Ruin Center did not file its notice of appeal until March 1, 2024.

Additionally, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that the timely filing of a notice of appeal in a civil case is a jurisdictional requirement, and we cannot entertain an appeal that is out of time).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.